**TRIAL COURT CAUSE NO. F10-00433-S**
**COURT OF CRIMINAL APPEALS NO. PD-0572-14**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE 282ND JUDICIAL** |
| **V.** | § | **DISTRICT COURT** |
| **PATRICIA DONALDSON** | § | **DALLAS COUNTY, TEXAS** |

## ORDER APPOINTING COUNSEL

In accordance with the order of the Court of Criminal Appeals in this cause, this Court determined that the defendant/appellant, Patricia Donaldson, did desire to have counsel represent her on her appeal. The Court finds that the defendant/appellant filed a pauper's oath and was determined to be indigent at the time she filed her notice of appeal. The defendant/appellant was represented on direct appeal by the Appellate Division of the Dallas County Public Defenders Office. The Court finds that there is no evidence demonstrating a change in circumstance. The Court therefore finds that the defendant/appellant remains indigent.

The Court appoints the Appellate Division of the Dallas County Public Defenders Office, 133 N. Riverfront Blvd. – LB 2, Dallas, Texas 75207, to represent the defendant/appellant on her petition for discretionary review.

The Clerk of this Court is ordered to immediately forward a copy of this order to the Court of Criminal Appeals in Austin. The Clerk is further ordered to immediately forward a copy of this order to the Appellate Division of the Dallas County Public

Defenders Office and to the defendant/appellant, Patricia Donaldson, Dallas County

Jail, Bookin Number 13028305.

SIGNED this ___10___ day of February, 2015.

_____
AMBER GIVENS-DAVIS, JUDGE
282ND JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS